UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERIDIS HEALTH SCIENCES, LLC, | |
| Plaintiff, | CAUSE NO. MC17-0033RSL |
| v. | |
| 123 DIRECT LTD, JOSE MANUEL MENDEZ NAVARRO, and JEREMY MICHAEL ROURKE-PILOTT, | ORDER DECLINING TO ENTER JUDGMENT |
| Defendants, | |
| v. | |
| AMAZON.COM, INC., | |
| Garnishee-Defendant. | |

This matter comes before the Court on plaintiff's proposed "Judgment on Answer." Dkt. # 4. Despite the supplemental submissions received on June 6th and June 9th, it appears that the judgment debtors were not served with the garnishee's answer until it was mailed to them on June 9, 2017. See RCW 6.27.190 (the answer of the garnishee is to be served as directed in the writ); Dkt. # 3 (writ requires garnishee defendant to mail or deliver a copy of the answer to the judgment debtors at the address provided in the writ). At the time the motion was filed and continuing through today, the judgment debtors have not had twenty days in which to object to the garnishment. See RCW 6.27.210 (the judgment creditor and judgment debtor have 20 days in which to controvert the garnishee's answer). The Court therefore declines to enter judgment on the garnishee's answer without prejudice to a subsequent request for judgment once the statutory notice requirements are satisfied.

ORDER DECLINING TO ENTER JUDGMENT

Dated this 13th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge