IN THE UNITED STATES DISTRCIT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERIDIS HEALTH SCIENCES, LLC.,<br><br>    Plaintiff,<br><br>  v.<br><br>123 DIRECT LTD d/b/a 123 DIRECT USA d/b/a 123HEALTHSHOP; JOSE MANUEL MENDEZ NAVARRO; JEREMY MICHAEL ROURKE-PILOTT,<br><br>    Defendants,<br><br>AMAZON.COM, INC.,<br><br>    Garnishee Defendant. | Case No. MC17-0033RSL<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER** |

<u>SUMMARY</u>

Judgment Creditor:     EVERIDIS HEALTH SCIENCES, LLC
Judgment Debtors:     123 DIRECT LTD d/b/a 123 DIRECT USA d/b/a 123 HEALTHSHOP; JOSE MANUEL MENDEZ NAVARRO; JEREMY MICHAEL ROURKE- PILOTT
Garnishee Defendant:     AMAZON.COM, INC.
Garnishment Judgment Amount:     $20,747.13
Statutory Attorneys fees and costs:     $404
Interest Rate on Judgment Amount:     .82% per annum
Interest Rate on Costs:     None
Attorneys for Judgment Creditor: SCHWEET LINDE & COULSON, PLLC

THIS MATTER having come on regularly for hearing on the application of plaintiff for judgment on answer of garnishee defendant; it appearing that garnishee defendant has filed its answer herein admitting that it is indebted to defendants, that garnishee defendant is holding

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER– 1

nonexempt monies of defendants, 123 DIRECT LTD d/b/a 123 DIRECT USA dba 123 HEALTHSHOP; JOSE MANUEL-MENDEZ NAVARRO; JEREMY MICHAEL ROURKE-PILOTT in the sum of $20,747.13, that plaintiff has judgment unsatisfied against the defendants in a sum in excess of that amount, that a signed affidavit or return of service indicating that the Writ of Garnishment and application for the Writ were served on defendants as required by the laws of the State of Washington, that more than twenty (20) days have elapsed since service on defendants of the Writ of Garnishment and garnishee defendants' answer thereto, it is HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Clerk of Court is directed to enter judgment against garnishee defendant in the amount of $20,747.13, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by garnishee defendant of the aforementioned sum to the registry of this Court, the garnishee defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the Court shall thereupon enter a full satisfaction of the judgment against garnishee defendant;

3. Plaintiff shall have judgment against the defendants, 123 DIRECT LTD d/b/a 123 DIRECT USA dba 123 HEALTHSHOP; JOSE MANUEL-MENDEZ NAVARRO; JEREMY MICHAEL ROURKE-PILOTT, for attorneys fees and costs in the sum of $404, said sum to be added to plaintiff's prior judgment against defendants;

4. Upon receipt of the aforementioned payment from garnishee defendant, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $20,747.13, plus all accrued interest, minus any statutory user fees,

payable to Everidis Health Sciences, LLC, c/o Schweet Linde & Coulson, PLLC, 575 S. Michigan St., Seattle, WA 98108.

5. Upon receipt of said sum, plaintiff's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal defendants.

Dated this 24st day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER– 3